[75 NE3d 666, 53 NYS3d 249]

CARMEN PESANTE, Respondent, v VERTICAL INDUSTRIAL DEVELOPMENT CORP. et al., Appellants, et al., Defendant. (And a Third-Party Action.)

Decided May 4, 2017

#### APPEARANCES OF COUNSEL

*Chesney & Nicholas, LLP*, Syosset (*Joyce G. Bigelow* of counsel), for appellants.

*Kenneth J. Ready & Associates*, Mineola (*Parneet K. Chauhan* of counsel), for respondent.

#### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs, and the certified question answered in the affirmative.

Defendants Vertical Industrial Development Corp. and Rentar Development Corp. owed plaintiff a nondelegable duty to keep the premises safe (*see Rosenberg v Equitable Life As-*

*sur. Socy. of U.S.*, 79 NY2d 663, 668 [1992], *rearg dismissed* 82 NY2d 825 [1993]). Triable issues of fact exist regarding whether the security firm hired as an independent contractor by Vertical and Rentar was negligent in performing its duties and whether Vertical and Rentar could be held vicariously liable as a result. Accordingly, the Appellate Division properly denied the motion for summary judgment seeking dismissal of the complaint insofar as asserted against Vertical and Rentar.

Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative, in a memorandum.